ACCEPTED
04-14-00758
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/17/2015 11:01:02 AM
KEITH HOTTLE
CLERK



# ROGERS & MOORE

### Attorneys and Counselors at Law

Kelly P. Rogers
kelly@rogersmoorelaw.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
04/17/2015 11:01:02 AM
KEITH E. HOTTLE
Clerk

April 17, 2015

Tammy Kneuper
Bandera County District Clerk
P. O. Box 2688
Bandera, TX 78003-2688

  Re: *Judith and Terry Robinson, et al. v. John A. and Debra Lance;*
    *Cause No. CV-12-209; In the 216th District Court, Bandera County,*
    *Texas*

Dear Ms. Kneuper:

Please prepare a supplemental clerks record forwarding the exhibits in the court reporter's record for the Temporary Injunction hearing which was held on July 16th, 2012 to the 4th Court of Appeals, Cause No. 04-14-00758.

Thank you for your assistance.

Sincerely,

Kelly P. Rogers

KPR/djr

309 Water Street, Suite 114 • Boerne, TX 78006
P: 830.816.5487 • F: 866.786.4777 (Toll Free)